Zimmerman, Matthias, O'Neill and Brown, JJ., concur.

39050. The State of Ohio, appellee v. Salvatore DiMarco, appellant. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Schneider and Brown, JJ., concur.

39235. The State, ex rel. Louis J. Schneider, Jr., Tax Commr. v. Carroll R. Shanks, County Auditor. In Mandamus. Dismissed on application of relator.

39254. Rosalia Laugesen, a. k. a. Rose Laugesen v. James J. McGettrick, Sheriff. In Habeas Corpus. Dismissed on application of petitioner.

39050. The State of Ohio, appellee v. Salvatore DiMarco, appellant. Cuyahoga County. To dismiss appeal as of right. Sustained. For leave to appeal. Overruled.

39142. Celina Mutual Ins. Co., appellee v. Stanley J. Bowers, Tax Commr., appellant. Mercer County. To dismiss appeal as of right. Overruled. Motion and cross-motion to certify record. Allowed.

39143. National Mutual Ins. Co., appellee v. Stanley J. Bowers, Tax Commr., appellant. Mercer County. To dismiss appeal as of right. Overruled. Motion and cross-motion to certify record. Allowed.

38944 and 38945. Gartrell A. Watson, appellant v. Board of Embalmers and Funeral Directors of Ohio, appellee. Cuyahoga County. Appeals from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional questions involved. Taft, C. J.,